## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WILLIAM LELAND EDWARDS**

                            Plaintiff.

            -v-

**U.S. CUSTOMS AND BORDER PROTECTION,**

        c/o Office of Chief Counsel
        U.S. Customs and Border Protection
        1300 Pennsylvania Avenue, Suite 4.4-B
        Washington, D.C. 20229

                    Defendant.

Civil Action No. 1:25-cv-880

### PLAINTIFF'S NOTICE OF ERRATA PERTAINING TO THE COMPLAINT

Subsequent to the filing of the Complaint in the above-captioned case, it was recognized that the attorneys' District of Columbia Bar numbers were not included in the signature block.

Attached as Exhibit A is a corrected Complaint Under the Freedom of Information Act for Declaratory and Injunctive Relief, with the sole change being that the attorneys' District of Columbia Bar numbers were added to the signature block.

Dated: March 26, 2025

                                Respectfully submitted,

                                */s/ David C. Rybicki*
                                David C. Rybicki (DC Bar No. 976836)
                                Robert S. Silverblatt (DC Bar No. 1020748)
                                K&L Gates LLP
                                1601 K Street, N.W.
                                Washington, DC 20006
                                Telephone: (202) 778-9370
                                Facsimile: (202) 778-9100
                                David.Rybicki@klgates.com
                                *Counsel for Plaintiff William L. Edwards*